**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| COUNTY OF LAKE AND LAKE COUNTY STORMWATER MANAGEMENT COMMISSION, v. CAMPUS INVESTMENTS, INC, and ZERO ENERGY ESTATES, LLC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant (in the case removed to this court) CAMPUS INVESTMENTS, INC, and ZERO ENERGY ESTATES, LLC.

| NAME (Type or print) |
|---|
| Sebastian Rucci |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Sebastian Rucci |
| FIRM |
| Law Office of Sebastian Rucci |
| STREET ADDRESS |
| 40 The Ledges 3C |
| CITY/STATE/ZIP |
| Youngstown, Ohio 44514 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ND IL No. 90785689 | 330-707-1182 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐