UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKE COUNTY STORMWATER MANAGEMENT COMMISSION, and LAKE COUNTY, ILLINOIS    ) ) ) ) | Case No. 08-cv-3835 |
| Plaintiff's,    ) ) | Judge Milton I. Shadur |
| v.    ) ) | Magistrate Judge Michael T. Mason |
| CAMPUS INVESTMENTS, INC., and ZERO ENERGY ESTATES LLC,    ) ) ) | |
| Defendant's.    ) ) | |

## NOTICE OF HEARING ON PLAINTIFFS MOTION
## FOR PARTIAL JUDGMENT ON THE PLEADINGS (COUNT I)

PLEASE TAKE NOTICE that on Tuesday the 15th day of July, 2008 at 9:15 a.m., I shall appear before the Honorable Judge Milton I. Shadur, or anyone sitting in his stead, in the courtroom where he usually presides, Courtroom 2303 of the Northern District of Illinois, Eastern Division, Chicago, Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the Motion for Partial Judgment on the Pleadings as to Count I of the Complaint, a copy of which was previously served on you electronically on July 8, 2008.

Sebastian Rucci (ND IL No. 90785689)
40 The Ledges, 3C
Youngstown, Ohio 44514
Phone: (330) 707-1182
Fax:    (330) 707-1882
Email: SebRucci@Gmail.com
Attorney for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Court's Case management/Electronic Case Files (CM/ECF) found on the internet at https://ecf.ilnd.uscourts.gov.

Sebastian Rucci (ND IL No. 90785689)