## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CAMPUS INVESTMENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-cv-3835 |
| v. | ) | |
| | ) | Judge Milton I. Shadur |
| LAKE COUNTY STORMWATER | ) | |
| MANAGEMENT COMMISSION, and | ) | Magistrate Judge Michael T. Mason |
| LAKE COUNTY, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## LEAVE TO FILE A MEMORANDUM OF LAW IN EXCESS
## OF FIFTEEN PAGES PURSUANT TO LOCAL RULE 7.1

COMES NOW plaintiff Campus Investments, Inc., ("Campus") and request that this Honorable Court enter an order granting it leave to file the Memorandum of Law in Support of Its Motion to for Injunction with twenty pages, in excess of fifteen pages pursuant to Local Rule 7.1. In support of this Motion, Defendant states as follows:

Due to the issue the Memorandum of Law in Support of the Injunction contains twenty pages of argument and analysis. Campus attempted, in good faith, to ensure that only the analysis relevant to those issues necessary for the determination of the motion was included, but was unable to shorten the Memorandum any further.

WHEREFORE, Campus respectfully requests that this Honorable Court grant it leave to file it's Memorandum in excess of fifteen pages, pursuant to Local Rule 7.1

Dated: July 9, 2008                          Respectfully submitted,

                                             *Sebastian Rucci*

                                             Sebastian Rucci (ND IL No. 90785689)
                                             40 The Ledges, 3C
                                             Youngstown, Ohio 44514
                                             Phone: (330) 707-1182
                                             Fax:    (330) 707-1882
                                             Email: SebRucci@Gmail.com
                                             Attorney for the Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Court's Case management/Electronic Case Files (CM/ECF) found on the internet at https://ecf.ilnd.uscourts.gov.


*Sebastian Rucci*

Sebastian Rucci (ND IL No. 90785689)