U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08-CV-3835

COUNTY OF LAKE AND LAKE COUNTY
STORMWATER MANAGEMENT COMMISSION
    v.
CAMPUS INVESTMENTS, INC., and
ZERO ENERGY ESTATES LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

COUNTY OF LAKE

| | |
|---|---|
| NAME (Type or print)  DANIEL L. JASICA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ DANIEL L. JASICA | |
| FIRM  LAKE COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS  18 NORTH COUNTY STREET   3RD FLOOR | |
| CITY/STATE/ZIP  WAUKEGAN, IL 60085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  #6237373 | TELEPHONE NUMBER  (847) 377-3050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |