**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LAKE COUNTY STORMWATER MANAGEMENT COMMISSION, and LAKE COUNTY, ILLINOIS )<br><br>    Plaintiff's,<br>v.<br><br>CAMPUS INVESTMENTS, INC., and ZERO ENERGY ESTATES LLC,<br><br>    Defendant's. | Case No. 08-cv-3835<br><br>Judge Milton I. Shadur<br><br>Magistrate Judge Michael T. Mason |

**AMENDED NOTICE OF HEARING ON PLAINTIFFS MOTION**
**FOR PARTIAL JUDGMENT ON THE PLEADINGS (COUNT I)**

Counsel for defendants was notified that counsel for the plaintiffs have a conflict and accordingly the previously scheduled hearing (ECF Dkt #8) is reset to accommodate all parties. PLEASE TAKE NOTICE that on **Wednesday the 16th day of July, 2008 at 9:15 a.m.**, I shall appear before the Honorable Judge Milton Shadur, or anyone sitting in his stead, in the courtroom where he usually presides, Courtroom 2303 of the Northern District of Illinois, Eastern Division, Chicago, Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the **Motion for Partial Judgment on the Pleadings** as to Count I of the Complaint (ECF Dkt # 6, 7), a copy of which was previously served on you electronically on July 8, 2008.

*/s/ Sebastian Rucci*

Sebastian Rucci (ND IL No. 90785689)
40 The Ledges, 3C
Youngstown, Ohio 44514
Phone: (330) 707-1182
Fax:   (330) 707-1882
Email: SebRucci@Gmail.com
Attorney for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system and parties may access this filing through the Court's Case management/Electronic Case Files (CM/ECF) found on the internet at https://ecf.ilnd.uscourts.gov.

Sebastian Rucci (ND IL No. 90785689)