**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| |

| STREET ADDRESS |
|---|
| |

| CITY/STATE/ZIP |
|---|
| |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL          APPOINTED COUNSEL |

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COUNTY OF LAKE and LAKE COUNTY STORMWATER MANAGEMENT COMMISSION, | ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | No. 08 CV 3835 |
| CAMPUS INVESTMENTS, INC. and ZERO ENERGY ESTATES, LLC, | ) ) | Judge Milton I. Shadur |
| Defendants. | ) | Magistrate Judge Mason |

NOTICE OF FILING

To:  Sebastian Rucci                    Lisle Stalter
     40 The Ledges, 3C                  Daniel L. Jasica
     Youngstown, , Ohio 44514           Assistant State's Attorney
                                        18 N. County Street
                                        Waukegan, IL 60085

    Please Take Notice that on Thursday, July 10, 2008, the undersigned filed electronically the attached Appearance of Plaintiff Lake County Stormwater Management Commission, which are herewith served upon you.

                              By:  s/ James C. Bakk
                                  James C. Bakk
                                  Special Assistant State's Attorney
                                  for Defendant Lake County SMC

James C. Bakk (# 3121531)
Special Assistant State's Attorney
200 N. M.L.King Ave., Suite 206
Waukegan, IL 60085
(847) 249-9900

CERTIFICATE OF SERVICE

    I, James C. Bakk, under penalties as provided by FRCP Rule 5, certify that I served a copy of the foregoing by electronic mail to the persons to whom it is directed on July 10, 2008.

                              By:  s/ James C. Bakk
                                  James C. Bakk