# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 -CV-3835

COUNTY OF LAKE AND LAKE COUNTY
STORMWATER MANAGEMENT COMMISSION
v.
CAMPUS INVESTMENTS, INC., and
ZERO ENERGY ESTATES LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

COUNTY OF LAKE

| | |
|---|---|
| NAME (Type or print) <br> LISLE A. STALTER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ LISLE A. STALTER | |
| FIRM <br> LAKE COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS <br> 18 NORTH COUNTY STREET   3RD FLOOR | |
| CITY/STATE/ZIP <br> WAUKEGAN, IL 60085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> #6242950 | TELEPHONE NUMBER <br> (847) 377-3050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☑    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ☐    NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |