IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKE COUNTY, and LAKE COUNTY STORMWATER MANAGEMENT COMMISSION, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v.  ) | No. 08 CV 3835 |
| ) | |
| CAMPUS INVESTMENTS, INC. and ZERO ENERGY ESTATES, LLC ) ) ) | Hon. Milton I. Shadur |
| Defendants. ) | Magistrate Judge Mason |

**NOTICE OF MOTION**

To:  Sebastian Rucci
 40 The Ledges, 3C
 Youngstown, OH 44514

Please take notice that at 9:15 a.m. on Wednesday, July 16, 2008 the undersigned shall appear before the Honorable Milton I. Shadur, Courtroom 2303, and then and there present plaintiffs' Joint Motion for Remand which was electronically filed and served upon you.

s/Lisle A. Stalter
Assistant State's Attorney

Lisle A. Stalter, #06242950
Assistant State's Attorney
Lake County State's Attorney's Office
18 North County Street
Waukegan, IL 60085
(847)377-3050

CERTIFICATE OF SERVICE

I, Lisle A. Stalter, under penalties as provided in Section 1-109 of the Code of Civil Procedure, certify that I caused to be served a copy of the foregoing by electronic mail through the United State's District Court's electronic filing system to the person(s) to whom it is directed on July 11, 2008.

s/Lisle A. Stalter