# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3835 | **DATE** | 7/16/2008 |
| **CASE TITLE** | County of Lake vs. Campus Investments, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiffs' motion to remand is granted. (18-1) This action is ordered remanded to the Nineteenth Judicial Circuit - Lake County.  The Clerk is directed to mail the remand letter forthwith.  Counter-claimant's motion for preliminary injunction is denied as moot. (9-1) Counter-claimant's motion for leave to file in excess pages is denied as moot. (11-1)

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | SN |
|---|---|---|