# United States District Court

## Northern District of Illinois
Eastern Division

County of Lake                  **JUDGMENT IN A CIVIL CASE**

      v.                                    Case Number: 08 C 3835

Campus Investments, Inc., et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered remanding this action to the Nineteenth Judicial Circuit- Lake County.

                                             Michael W. Dobbins, Clerk of Court

Date: 7/16/2008                         _____

                                             /s/ Sandy Newland, Deputy Clerk