

08cv3835

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  *James P. Sch...*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery  JUL 21 2008<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Circuit Court of Lake County<br>Administrative Office of the Nineteenth<br>Judicial Circuit<br>18 N. County Street<br>Waukegan, IL 60085-4359 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 9783 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

FILED
JUL 23 2008
JuL 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT